

**Department of Corrections**

OFFICE OF THE COMMISSIONER
Jennifer Winkelman

550 West 7th Avenue, Suite 1800
Anchorage, Alaska 99501-3570
Main: 907.334.2381
Fax: 907.269.7390

June 6, 2023

Mr. Robert Cunningham
Wildwood Correctional Center
10 Chugach Ave.
Kenai, Alaska 99611

RE: Grievance WC23-024

Dear Mr. Cunningham,

I am responding to your correspondence which details your belief that the Department of Corrections (DOC) is violating policy or statute due to WCC selected you for a random urinalysis test that required you to be strip searched during this process.

You claim that P&P 808.14 Substance Abuse Testing does not reference 22 AAC 05.060. Use of force, chemical agents, mechanical restraints, nudity, or corporal punishment within a facility. (a) A facility staff member may not, in a facility, use physical force, chemical agents, mechanical restraints, or deprive a prisoner of clothing. This is correct, however, 22 AAC 05.060 does not apply to P&P 808.14 but 22 AAC 05.067 Prisoner searches is the correct Administration Code that is referenced in P&P 808.14.

A review of your appeal and supporting documents finds that your grievance has been handled consistent with Departmental policy at Level I and Level II. In turn, your Level III grievance is denied.

This decision is the final administrative action on this grievance.

Sincerely,

*Keith Aki*

Keith Aki
Standards Administrator

Cc: Master File
    WCC

Delivered 6/20/23 *softly* 176